1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| NORMA SEGOVIA, an individual, ISAAC ALEMAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, OFFICER ACEVES, an individual, OFFICER HONG, an individual, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00415-JLS-PD<br><br>**JUDGMENT** |
|---|---|

1

1  Having GRANTED IN PART Defendants' motion for summary judgment (Doc.
2  46), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered
3  in favor of the Defendants and against Plaintiffs on all *federal* claims asserted in this
4  action; that Plaintiffs' *state-law* claims asserted in this action are dismissed without
5  prejudice to their refiling in state court; and that Defendants may apply to the Clerk to tax
6  costs in accordance with Local Rule 54.

DATED: May 23, 2024  _____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE